**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mario Faneak WASHINGTON, Defendant–Appellant.**

No. 09–6584.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: July 1, 2009.

Mario Faneak Washington, Appellant Pro Se. David Kenneth Davis, Office of

the United States Attorney, Asheville, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Faneak Washington appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Washington*, No. 1:04–cr–00063–LHT–1 (W.D.N.C. Mar. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*